PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Moustafa El-Golany          Cr.: 05CR236-001
                                              PACTS #: 44344

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, U.S. District Judge

Date of Original Sentence: 07/30/08

Original Offense: Conspiracy to present and prepare false and fraudulent tax returns, preparing and presenting false and fraudulent tax returns

Original Sentence: 3 years probation, 3 months home confinement, financial disclosure, no new credit, and $41,181 restitution

Type of Supervision: Probation          Date Supervision Commenced: 06/30/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender was ordered to pay $41,181 in restitution to the Internal Revenue Service. Mr. El-Golany has an outstanding restitution balance of $39,841. |

U.S. Probation Officer Action:
The offender has paid a total of $1,340 in restitution and a $1,100 special assessment since being placed on probation. He has advised that Probation Office that should he receive enough money to satisfy the balance owed he intends on satisfying all of the restitution. The U.S. Attorney's Office, Financial Litigation Unit has been made aware of the offender's impending inheritance and upcoming scheduled expiration of supervised release. The Financial Litigation Unit will continue the enforcement of the restitution order for at least twenty years beyond the expiration of supervised release. It is respectfully recommended that this term of supervision be permitted to expire as scheduled on July 29, 2011.

Respectfully submitted,

By: Karen L. Merrigan
U.S. Probation Officer
Date: 06/23/11

*A response is necessary so that any action the Court requires can be taken as follows:*

PROB 12A - Page 2
Moustafa El-Golany

[✓] No Further Action Required
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____7/27/11_____
Date